# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,                               Case No.:  6:24-cv-01833 – PGB-RMN

    Plaintiff,

vs.

PGM CORP, and BLUE SPRINGS BREWING, LLC, d/b/a RIVERWALK PIZZA & BREW PUB, et al.

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, and Defendants, PGM Corp and Blue Springs Brewing, LLC d/b/a Riverwalk Pizza & Brew Pub, hereby notify the Court that Plaintiff and Defendants have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff, Tavia Wagner, will file a Notice of Voluntary Dismissal without Prejudice within the next sixty (60) days.

**Dated February 24, 2025.**

| | |
|---|---|
| By: /s/ Anthony T. Litsch III | By: */s/ Nolan Klein* |
| Anthony T. Litsch III | NOLAN KLEIN, ESQ. |
| 1368 Turnbull Bay Road, Suite 303 | Florida Bar No. 647977 |
| New Smyrna Beach, FL 32168 | 5550 Glades Road, Suite 500 |
| Phone: (386) 409-7252 | Boca Raton, FL 33431 |
| Email: bb_litsch4@att.net | PH: (954) 745-0588 |
| Email: anthonytlitschiii@gmail.com | Email: klein@nklegal.com |
| Florida Bar #0084437 | Email: amy@nklegal.com |
| Attorney for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: /s/ Anthony T. Litsch III<br>
Anthony T. Litsch III<br>
Attorney for Plaintiff